NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SYSTEMS DEVELOPMENT CORPORATION,
*Appellant,*

v.

JOHN MCHUGH, SECRETARY OF THE ARMY,
*Appellee.*

---

2011-1092

---

Appeal from the Armed Services Board of Contract Appeals in no. 56682, Administrative Judge Monroe E. Freeman, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Timothy P. Pittman and to substitute Howell Roger Riggs as principal counsel for Systems Development Corporation,

IT IS ORDERED THAT:

The motion is granted.

For The Court

| | |
|---|---|
| JAN 2 5 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:  Timothy P. Pittman, Esq.
     Jeffrey A. Regner, Esq.
     Howell Roger Riggs, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2011

JAN HORBALY
CLERK